No. 97–5982.  CELAYA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 97–5984.  CORREA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied. ▮

No. 97–5988.  ROBINSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 97–5990.  JOHNSON ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 97–5991.  LEAK *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 97–5997.  BAILEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 97–5999.  COOPER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied. ▮

No. 97–6003.  TAYLOR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 97–6007.  MORGAN, AKA JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied. ▮

No. 97–6009.  MANCUS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 97–6011.  REYES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 97–6014.  CHRIESTMON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 97–6015.  CABAN *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied. ▮

No. 97–6019.  FREEMAN *v.* UPCHURCH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 96–1824.  LEE ET AL. *v.* HARCLEROAD ET AL.  C. A. 9th Cir.  Motion of petitioners to defer consideration of petition for writ of certiorari denied.  Certiorari denied. ▮

No. 97–59.  DE MEO *v.* SMITH BARNEY, INC., ET AL.  C. A. 2d Cir.  Petition for writ of certiorari or mandamus denied.